IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA HOLLEY, personal representative
of the Estate of Dustin Van Jelgerhuis,
deceased; JANICE FAY MELCHERT,

    Plaintiffs,

v.                                             CIV 12-0320 KBM/WDS

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY, a North Dakota
non-profit corporation, d/b/a GRANTS GOOD
SAMARITAN CENTER,

    Defendant.

## **FINAL JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58, having granted Defendant's Motion for Summary Judgment *(Doc. )* by a Memorandum Opinion and Order entered March 11, 2013,

    Wherefore,

    Summary Judgment is hereby entered for Defendants and against Plaintiffs on all claims, and this case is dismissed with prejudice

_____
UNITED STATES CHIEF MAGISTRATE JUDGE